The People of the State of Illinois, Appellee, v. Lucy Moore, Custodian, Appellant.

Gen. No. 5,761. (Not to be reported in full.)

Appeal from the County Court of Peoria county; the Hon. CLYDE E. STONE, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

## Statement of the Case.

Petition to inquire into the alleged dependency of Carl Moore, a male child in the custody of Lucy Moore. From judgment committing the child to a home and aid society, Lucy Moore appeals.

CHARLES S. STUBBLES, for appellant; E. J. SLOUGH, of counsel.

C. E. McNEMAR, for appellee; GEORGE A. SHURTLEFF and CLARENCE D. MURPHY, of counsel.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

## Abstract of the Decision.

VENUE, § 3*—*when county court has jurisdiction of dependent children.* County court has jurisdiction of an infant to inquire into its dependency where the child is in the custody and control of a person within the county and the child is within the county part of the time.